BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

KATHERINE M. LLOYD-LOVETT (CABN 276256)
Special Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-6821
    Fax:  (415) 436-7027
    E-Mail:  katherine.lloyd-lovett@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Case No.: CR 16-00121 WHO |
|---|---|---|
| Plaintiff, | ) | ORDER EXCLUDING TIME FROM MAY 19, 2016 THROUGH JUNE 23, 2016 |
| v. | ) | |
| BRIAN VANDERCOURT, | ) | |
| Defendant. | ) | |

      The defendant, BRIAN VANDERCOURT, represented by CANDIS MITCHELL, and the government, represented by KATHERINE LLOYD-LOVETT, Special Assistant United States Attorney, appeared before the Court on May 19, 2016, at 1:30 p.m., for a status hearing. Upon the request of the parties, the Court set a further status hearing in this matter for June 23, 2016, at 1:30 p.m. The parties requested that time be excluded under the Speedy Trial Act between May 19, 2016, and June 23, 2016, for effective preparation of counsel.

      Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between May 19, 2016, and June 23, 2016, would unreasonably deny counsel the

ORDER EXCLUDING TIME
16-CR-00121 WHO                2

1  reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
2  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the
3  time between May 19, 2016, and June 23, 2016, from computation under the Speedy Trial Act outweigh
4  the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY
5  ORDERED that the time between May 19, 2016, and June 23, 2016, shall be excluded from
6  computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

8  DATED: __May 23, 2016_____        _____
                                              WILLIAM H. ORRICK
9                                             United States District Judge

ORDER EXCLUDING TIME
16-CR-00121 WHO                3